# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ROBERT TAYLOR,  :

    Plaintiff                                 Case No. 3:10CV419

                                        :

  -vs-                                     District Judge Walter H. Rice
                                                  Magistrate Judge Sharon L. Ovington

SURFACE MATERIALS SALES, INC., :

    Defendant.

                                        :

## MEDIATOR'S REPORT

Pursuant to agreement of the parities, a mediation session for this case was held on Wednesday, April 11, 2012 for approximately 4 hours. The parties reached an agreement to settle this case.

April 11, 2012

                                                                         s/Sharon L. Ovington
                                                                        Sharon L. Ovington
                                                           United States Magistrate Judge